IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNEXTELECOM CO., LTD., | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MELVIN BROWN et al., | : | No. 13-4605 |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 14th of October, 2014, upon consideration of this Court's July 16, 2014 Order (Docket No. 23) and Plaintiff's Complaint (Docket No. 1), Motions for Default Judgment (Docket Nos. 17-22), and Supplemental Brief in Support of Plaintiff's Motions for Default Judgment (Docket No. 25), for the reasons set forth in the Court's Memorandum of even date, **the Court hereby ORDERS** that Plaintiff's Motions for Default Judgment are **DENIED**. The captioned case is **DISMISSED**. The Clerk of Court shall **MARK THIS CASE CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1